# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT OF        :   No. 373 Judicial Classification Docket
ACTING PRESIDENT JUDGE     :
OF THE TWENTY-EIGHTH JUDICIAL   :
DISTRICT, VENANGO COUNTY     :
                                          :

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of February, 2022, in view of the appointment of the Honorable Marie T. Veon to the Court of Common Pleas of the Twenty-eighth Judicial District, Venango County, and due to the unavailability of the Honorable Oliver J. Lobaugh, President Judge of the Twenty-eighth Judicial District, Venango County, pursuant to Article V, §10(a) of the Pennsylvania Constitution, the Order dated November 17, 2021 appointing the Honorable Thomas King Kistler as acting President Judge of the Twenty-eighth Judicial District, Venango County, is hereby **VACATED** and the Honorable Marie T. Veon is appointed acting President Judge of the Twenty-eighth Judicial District, Venango County. This Order is effective February 28, 2022.